(78 South. 989)

LEWIS v. STATE. (8 Div. 23.) (Supreme Court of Alabama. April 19, 1918.) Appeal from Circuit Court, Jackson County; W. W.

Haralson, Judge. F. Loyd Tate, Atty. Gen., and Emmett S. Thigpen, Asst. Atty. Gen., for the State.

PER CURIAM. Appeal abated by death of appellant.